IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUIS CABRERA, | : |
| Petitioner, | : |
| v. | : Civil Action No. 11-784-LPS |
| ROBERT M. COUPE, Commissioner, Delaware Department of Corrections, and DANA METZGER, Warden, | : |
| Respondents. | : |

**ORDER**

At Wilmington this 11th day of December, 2017, IT IS ORDERED that:

1. The above captioned case is stayed pending the conclusion of Petitioner's post-conviction proceedings in the Delaware state courts

2. Petitioner shall file a motion to lift the stay within 30 days of the conclusion of his post-conviction proceedings.

_____
UNITED STATES DISTRICT JUDGE